## *Ex parte* JOHNSON.

PHEBE JOHNSON petitioned the Judges of the Court of Common Pleas of *Montgomery* county, that such proceedings might be had against ——. ——, a Justice of the Peace of that county, as the constitution and laws of this state require, for a false return to a writ of *certiorari*, and for keeping his office in a grog or dram shop, setting forth the particulars, and verifying the petition by her affidavit. The petition was presented to the Judges the 12*th October*, 1824, at which time they made a rule, that the prayer of the petition be denied, without hearing the merits.

*P. Brooks* now moved for a mandamus, commanding the Judges to take cognizance of this matter; but

*Per Curiam.* The whole was a mere matter of discretion with the Common Pleas. Under the constitution, (*art.* 4, *s.* 7) they are the sole judges whether they will notice the charges preferred or not. They hold a constitutional power, with which we will not interfere. Besides, it is a sufficient answer to that part of the case which complains of a false return, that it is more properly triable in another form.

*Under the 7th section of the 4th article of the constitution, the judges of the common pleas have a discretion whether they will hear a charge, preferred against a justice of the peace; and the supreme court will not interfere with its exercise.*

Motion denied.